## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PETER H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00132-NT |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 5, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 16). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's Decision is **AFFIRMED** with respect to the finding that the Plaintiff was disabled from October 28, 2019 through January 21, 2021, **VACATED** with respect to the finding that the Plaintiff regained the residual functional capacity to work as of January 22, 2021, and **REMANDED** for further proceedings on the issue of disability cessation.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 28th day of February, 2024.